

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-24-00802-CV

**IN RE BRYAN IMARI DIAS**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
            Irene Rios, Justice
            Lori Massey Brissette, Justice

Delivered and Filed: January 29, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On November 26, 2024, relator filed a petition for writ of mandamus. However, the relator provides the court with an inadequate record. The petition fails to "state concisely and without argument the facts pertinent to the issues or points presented" and fails to ensure that "[e]very statement of fact in the petition [is] supported by citation to competent evidence included in the appendix or record." TEX. R. APP. P. 52.3(g). No record of the proceedings which occurred in the trial court is included.

Based on the petition and appellate record before us, this court must conclude relator has failed to establish his right to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See id*. R. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2024-CI-21504, styled *In the Interest of E.D. and I.D., Children*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable Benjamin Robertson presiding.